# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 24-CR-3023-LTS-KEM |
| vs. | **REPORT AND RECOMMENDATION** |
| MICHAEL RAY TURNER, | |
| Defendant. | |

_____

Defendant Michael Ray Turner, proceeding pro se, filed a motion titled "Motion: To Suppress Evidence and Quash Arrest." Doc. 55. The Government resists. Doc. 61.

The indictment in this case charges Defendant with unlawfully possessing a firearm as a prohibited person. Doc. 3. Defendant's motion, though titled as a motion to suppress, in actuality is a motion to dismiss. Tellingly, Defendant fails to cite any legal authority. He bases his motion on two assertions about a lack of evidence directly tying him to the firearm. The proper avenue for Defendant to challenge the evidence is at trial, not through a motion to dismiss.

I recommend **DENYING** Defendant's motion to dismiss (Doc. 55). The Clerk of Court will mail a copy of this Report and Recommendation to pro se Defendant.

Objections to this Report and Recommendation must be filed within fourteen days of service in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Objections must specify the parts of the Report and Recommendation to which objections are made, as well as the parts of the record forming the basis for the

objections.[1] Failure to object to the Report and Recommendation waives the right to *de novo* review by the district court of any portion of the Report and Recommendation, as well as the right to appeal from the findings of fact contained therein.[2]

**ENTERED** on October 31, 2024.

*Kelly K.E. Mahoney*
Kelly K.E. Mahoney
Chief United States Magistrate Judge
Northern District of Iowa

---

[1] **Fed. R. Civ. P. 72**.

[2] *See **United States v. Wise***, 588 F.3d 531, 537 n.5 (8th Cir. 2009).